UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL TOMASELLI & <br> JULIA WARD h/w <br><br> Plaintiffs <br><br> vs. <br><br> PORTFOLIO RECOVERY <br> ASSOCIATES, INC. <br><br> Defendant | ) <br> ) Civil Action <br> ) <br> ) Case Number: 2:12-5467 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that Plaintiffs, MICHAEL TOMASELLI and JULIA WARD, as h/w, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismiss the action captioned above, with prejudice.

                                          Warren Law Group, P.C.

                              BY:   /s/ Bruce K. Warren
                                       Bruce K. Warren, Esquire
                                       Attorney for Plaintiff
                                       Warren Law Group, P.C.
                                       58 Euclid Street
                                       Woodbury, NJ 08096
                                       856-848-4572
                                       856-324-9081